UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Geico Indemnity Company,

        Plaintiff(s),

v.

James C. Johnson

        Defendant(s).
_____/

Case No. 21-cv-10313

Judge Bernard A. Friedman

Magistrate Judge R. Steven Whalen

**NOTICE OF CORRECTION**

Docket entry number __22__, filed __6/21/2021__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [x] Other: Incorrect address entered on certificate of service.

If you need further clarification or assistance, please contact __J.M.Curry-Wms__ at __(313) 234-5172__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: June 21, 2021

s/Johnetta M. Curry-Wms
Deputy Clerk